STATE NATIONAL BANK OF LITTLE ROCK v. FIRST NATIONAL BANK OF ATCHISON, KANSAS.*

Opinion delivered June 26, 1916.

Appeal from Pulaski Chancery Court; *John E. Martineau,* Chancellor; affirmed.

---

*Opinion reported on page 532 *infra* (Rep.)